UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MICHAEL DUANE FERGUSON,            )
                                   )
            Plaintiff,             )
    vs.                            )    2:06-cv-110-RLY-WGH
                                   )
AL C. PARKE, *et al.*,             )
                                   )
            Defendants.            )

**Entry Concerning Selected Matters**

  The court, having considered the above action and the matters which are pending, makes the following rulings:

  1. The plaintiff's request to proceed *in forma pauperis* is **granted.** The assessment of even a partial initial filing fee is not feasible at this time.

  2. The plaintiff's motion for temporary restraining order is **denied.** The reasons for this ruling are the following: a) the court has not acquired *in personam* jurisdiction over the defendant in this action and at this point could not order the relief sought by the plaintiff; b) a complaint has not been submitted; and c) the complaint has not been screened as required by 28 U.S.C. § 1915A(b) to determine whether there are viable claims asserted in the action. If a complaint is filed and if claims survive the screening required by 28 U.S.C. § 1915A(b), the request for preliminary injunctive relief will be reconsidered.

  3. The motion for temporary restraining order is not a complaint. According to Rule 3 of the *Federal Rules of Civil Procedure*, a civil action is commenced upon the filing of a complaint with the court. The plaintiff shall have **through June 29, 2006,** in which to **file a complaint**. In doing so, he shall ***use the cause number of this case*** and shall be guided by the following: (a) the complaint shall comply with the requirement of Rule 8(a)(2) of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ."; (b) the complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances; (c) the complaint must identify what legal injury he claims to have suffered and what persons are responsible for each such legal injury; and (d) the complaint shall contain a clear statement of the relief which is sought.

  **IT IS SO ORDERED.**

Date:  06/06/2006

                RICHARD L. YOUNG, JUDGE
                United States District Court
                Southern District of Indiana

Distribution:

Michael Duane Ferguson
DOC #866397
Putnamville Correctional Facility
1500 West U.S. 40
Greencastle, IN 46135-9275